958

No. 81–35.   VAN HYNING *v.* UNIVERSITY OF ALASKA. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–354.   PICKERING *v.* CITY OF BUFFALO, NEW YORK.   Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–441.   MARSA *v.* WERNIK, MAYOR OF METUCHEN, ET AL.   Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–454.   BARSNESS *v.* IDAHO.   Appeal from Sup. Ct. Idaho dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–503.   STOLBERG *v.* DAVIDSON ET AL.   Appeal from Super. Ct. Conn., New Haven County, dismissed for want of jurisdiction.

No. 81–226.   TOWN OF HARDENBURGH, NEW YORK, ET AL. *v.* NEW YORK ET AL.   Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 81–462.   SPIEGEL, INC. *v.* WHITAKER ET UX.   Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.